IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-1704-07






JAMES FICARRO, Appellant



v.



THE STATE OF TEXAS





ON REHEARING OF APPELLANT'S 


 PETITION FOR DISCRETIONARY REVIEW

FROM THE THIRTEENTH COURT OF APPEALS


NUECES COUNTY





 Per curiam.


O P I N I O N 




 Appellant was convicted of indecency with a child. The jury assessed his
punishment at confinement for ten years, probated for ten years, and a fine of $10,000. 
The Court of Appeals affirmed the conviction. Ficarro v. State, No. 13-03-00439-CR
(Tex. App. -- Corpus Christi, delivered April 26, 2007). Appellant's petition for
discretionary review was dismissed as untimely filed on December 5, 2007. Appellant
has filed a motion for rehearing requesting reinstatement of his petition so that it will be
considered by this Court. Appellant's motion for rehearing is granted. His petition filed
on November 21, 2007, is reinstated as of February 13, 2008 and will be considered in
accord with Tex.R.App.P. 68.


Delivered February 13, 2008

Do not publish